

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00630-CV

**THE HUFF ENERGY FUND**, L.P., WRH Energy Partners, LLC, William R. "Bill" Huff,
Rick D'Angelo, and Riley-Huff Energy Group, LLC,
Appellants

v.

**LONGVIEW ENERGY COMPANY**,
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 11-09-12583-ZCVAJA
Honorable Amado J. Abascal III, Judge Presiding

BEFORE THE EN BANC COURT

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and judgment is RENDERED that Longview Energy Company take nothing.

It is ORDERED that appellants The Huff Energy Fund, L.P., WRH Energy Partners, LLC, William R. "Bill" Huff, Rick D'Angelo, and Riley-Huff Energy Group, LLC, recover their costs of this appeal from appellee Longview Energy Company.

The surety(ies) on appellants' supersedeas bond, if any, is/are released as a matter of law.

SIGNED November 25, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice